102 A.3d 418

Samuel B. RANDOLPH, IV, Appellant

v.

COMMONWEALTH of Pennsylvania as Follows: Dale Kline, Clerk of Courts, Dauphin County, Mariann Lawrence, Supervisor, Fines and Cost Dept., Dauphin County, John Wetzel, Secretary, Pa. Dept. of Corrections, Michael Wenerowicz, Superintendent of SCI–Graterford, Faith Gilger, Supervisor, Business Office at SCI–Graterford, S. Bean, Supervisor, Inmate Accounting at SCI–Graterford, Sandra Barndt, Supervisor, Inmate Accounting at SCI–Graterford, Tom Rowlands, Supervisor, Records Office at SCI–Graterford, Dorina Varner, Chief Grievance Coordinator for Pa. Dept. of Corrections, Appellees.

Supreme Court of Pennsylvania.

Oct. 30, 2014.

Samuel B. Randolph, IV, Graterford, pro se.

Timothy Leonard Czekaj, Czekaj law Office, Harrisburg, for Dale Kline.

Jeffrey M. Paladina, PA Department of Corrections, Mechanicsburg, PA, for Sandra Barndt, S. Bean, Faith Gilger, Tom Rowlands, Dorina Varner, Michael Wenerowicz, John Wetzel.

Barbara A. Zemlock, Gover Perry & Shore, LLC, Harrisburg, for Mariann Lawrence.

## ORDER

PER CURIAM.

AND NOW, this 30th day of October, 2014, the Order of the Commonwealth Court is AFFIRMED.